■ The People of the State of New York, Respondent, v Tong Feng Lu, Appellant. [710 NYS2d 544] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hall, J.), rendered April 28, 1997, convicting him of kidnapping in the first degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court providently exercised its discretion in denying his challenge for

cause of two prospective jurors. The concerns manifested by the subject venirepersons did not rise to a level of actual bias or otherwise indicate that they would be unable to render an impartial verdict (see, People v Hernandez, 222 AD2d 696; People v Archer, 210 AD2d 241).

The imposition of consecutive sentences was not unlawful (see, People v Adams, 225 AD2d 506; People v Phillips, 208 AD2d 656, 656-657; People v Sutton, 208 AD2d 574).

Contrary to the claim raised in the defendant's supplemental pro se brief, under the totality of the circumstances, he received the effective assistance of counsel (see, People v Benevento, 91 NY2d 708, 712-713; People v Baldi, 54 NY2d 137, 147). Joy, J. P., Friedmann, Krausman and H. Miller, JJ., concur.